## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-00849-01, 03 |
| versus | JUDGE DONALD E. WALTER |
| ANDREA LORENZO and JULIO LORENZO | MAGISTRATE JUDGE MATSUMOTO |

### ORDER

Before this Court is a Motion for Acquittal Pursuant to Rule 29 or a New Trial pursuant to Rule 33 [Doc. #101] filed on behalf of defendant, Julio Lorenzo.

Upon review of defendant's motion and the Government's opposition,

**IT IS ORDERED** that defendant Julio Lorenzo's Motion for Acquittal or New Trial [Doc. #101] be and is hereby **DENIED**.

**THUS DONE AND SIGNED** this 3 day of March, 2007.