UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA

       - against -

JULIO LORENZO, et al.,

                     Defendants.
----------------------------------------X

ORDER

05 CR 849 (DEW)

To: METROPLITAN DETENTION CENTER

    On the application of Julio Lorenzo, through his attorney, JaneAnne Murray, dated March 6, 2007, it is hereby

    ORDERED that Mr. Lorenzo be assigned to a lower bunk bed.

    SO ORDERED

Dated: Shreveport, Louisiana
       March ___, 2007

                                              Hon. Dona
                                              District Jud